JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRAXAIR, INC., a Delaware corporation; **PRAXAIR DISTRIBUTION, INC.**, a Delaware Corporation; and **DOES 1 through 50**, inclusive,<br><br>Defendants. | Case No. 2:17-cv-7142 (SVW)<br><br>**ASSIGNED FOR ALL PURPOSES TO HON. JUDGE STEPHEN V. WILSON**<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*Filed Concurrently with Executed Copy of Joint Stipulation for Dismissal with Prejudice*<br><br>**Complaint Filed in Los Angeles County Superior Court: August 23, 2017**<br><br>Pre-Trial Conference: April 23, 2018<br>Trial Date: May 1, 2018 |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff MICHAEL BENZ ("Plaintiff") and Defendants PRAXAIR, INC. and PRAXAIR DISTRIBUTION, INC. ("Defendants") (collectively "the parties"), by and through their counsel of record, have submitted concurrently filed stipulation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to dismiss the pending action, Case No. 2:17-cv-7142 (SVW), with prejudice. Under the terms of this joint stipulation for dismissal, the Court orders as follows:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**SO ORDERED.**

DATED: April __9__, 2018

_____
Hon. Judge Stephen V. Wilson